GEORGE DETTLINGER, PROSECUTOR, v. TOWNSHIP OF
OCEAN ET AL., DEFENDANTS.

Submitted June 3, 1927—Decided November 18, 1927.

**Municipalities—Officers—Plumbing Inspector—Removal—Reduction of Salary—Question Held Debatable and Writ Allowed.**

On rule to show cause why a writ of *certiorari* should not
be allowed.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the prosecutor, *Ward Kremer*.

For the defendants, *Harry Truax*.

PER CURIAM.

This is a rule to show cause why a writ of *certiorari* should
not issue to review the action or proceeding of the township
committee of the township of Ocean for the removal of the
prosecutor from the position of plumbing inspector for the
entire township of Ocean.

The prosecutor says that he has been reduced in his position
by having his territory diminished and his pay reduced.  He
says that the action of the board is in violation of chapter
262, laws of 1921.

We think that the case presents a debatable question and
that the writ should issue.  The rule will be made absolute
and the writ allowed accordingly.